UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. HALEY, | Case No. 4:19-cv-07809-KAW |
| Plaintiff, | **JUDGMENT** |
| v. | Re: Dkt. No. 25 |
| MEGAN J. BRENNAN, | |
| Defendant. | |

On April 14, 2020, the Court granted Defendant's motion to dismiss with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff.  The Clerk of Court shall close the file in this matter.

   **IT IS SO ORDERED.**

Dated: April 16, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge